```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 17-15384-jkf
Robert P. Richardson                                                Chapter 7
Rachel D. Richardson
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: ChrissyW              Page 1 of 1          Date Rcvd: Sep 21, 2017
                             Form ID: pdf900             Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db          #+Robert P. Richardson,    MAILING ADDRESS:,    125 E. Central Avenue,   Telford, PA 18969-1181
db           +Robert P. Richardson,    19 Pineland Lane,    Palm Coast, FL 32164-7021
jdb          +Rachel D. Richardson,    MAILING ADDRESS:,    125 E. Central Avenue,   Telford, PA 18969-1181
jdb          +Rachel D. Richardson,    19 Pineland Lane,    Palm Coast, FL 32164-7021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Robert P. Richardson jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Joint Debtor Rachel D. Richardson jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York
               Et Al... bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE:  Robert P. Richardson<br>        Rachel D Richardson<br><br>                              Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of CWMBS,INC., CHL Mortgage Pass-Through Trust 2005-04, Mortgage Pass-Through Certificates, Series 2005-04<br>                              Movant<br>                vs.<br><br>Robert P. Richardson<br>Rachel D Richardson<br>                              Debtor(s)<br><br>Robert H. Holber Esq.<br>                              Trustee | NO. 17-15384 JKF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 20th day of September, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 125 East Central Avenue, Telford, PA 18969 ("Property), as to Movant, its successors or assignees.

                                                United States Bankruptcy Judge.
                                                Jean K. FitzSimon

cc: See attached service list

Robert P. Richardson
125 E. Central Avenue
Telford, PA 18969

Rachel D Richardson
125 E. Central Avenue
Telford, PA 18969

Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532