Certificate Number: 02921-PAE-DE-030018260

Bankruptcy Case Number: 17-15384



02921-PAE-DE-030018260

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 12, 2017</u>, at <u>6:40</u> o'clock <u>PM EDT</u>, <u>Rachel D. Richardson</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 13, 2017</u>            By:    <u>/s/Joan B Reading</u>

                                        Name:  <u>Joan B Reading</u>

                                        Title: <u>President</u>