United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15384-jkf
Robert P. Richardson                                                  Chapter 7
Rachel D. Richardson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW           Page 1 of 1         Date Rcvd: Dec 06, 2017
                             Form ID: 195             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db          +Robert P. Richardson,    MAILING ADDRESS:,    125 E. Central Avenue,    Telford, PA 18969-1181
db          +Robert P. Richardson,    19 Pineland Lane,    Palm Coast, FL 32164-7021
jdb         +Rachel D. Richardson,    MAILING ADDRESS:,    125 E. Central Avenue,    Telford, PA 18969-1181
jdb         +Rachel D. Richardson,    19 Pineland Lane,    Palm Coast, FL 32164-7021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Robert P. Richardson jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Joint Debtor Rachel D. Richardson jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               Et Al... bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                              : Chapter 7

Robert P. Richardson and Rachel D. Richardson                  : Case No. 17−15384−jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 6,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

25
Form 195